STEVEN F. BERARDI, ESQ.
17 Academy Street,
Suite 210
Newark, New Jersey 07102
(973) 623-7228
Attorney for Plaintiff

| | |
|---|---|
| Thomas D. Mollett, Jr., and Kimberly Mollett, his wife<br>Plaintiffs,<br><br>Vs.<br><br>Adam T. Wasiela, Roman Barski, Transport Ltd., agents, servants, employees and/or assigns, any and all parties, John Doe 1-10 any and all, jointly, severally or in the alternative,<br>Defendants, | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 2:08c-CV-06318<br>(PGS)(ES)<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party.

Dated: 10/28/09

By: _____
David Abrams, Esq.
Attorney for Defendants
Strongin, Rothman & Abrams, LLP
5 Hanover Square, 4th. Floor
New York NY 10004

By _____
Steven F. Berardi, Esq.
Attorney for Plaintiffs
Steven F. Berardi, Esq.
17 Academy Street, Suite 210
Newark NJ 07102

SO ORDERED:

_____
U.S.D.J.